In the Matter of the Application of EDWARD DECKER, Petitioner, for an Order of Mandamus against STEPHEN B. STOREY, as City Manager of the City of Rochester, Respondent.— Order affirmed, with ten dollars costs and disbursements. Motion to amend denied. All concur, except Sears, P. J., who dissents and votes for reversal and granting the order. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

VEVA L. STROWGER, as Administrator, etc., of DEALICE STROWGER, Deceased, Appellant, v. AUTOMATIC ELECTRIC COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ELIZABETH BURNS, Respondent, v. ERNEST S. HENNER, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN GIARDINO, Appellant.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN GIARDINO, Appellant.— Order affirmed. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

HAZEL STEIN, as Administratrix, etc., of WALTER STEIN, Deceased, Respondent, v. ROCHESTER, LOCKPORT AND BUFFALO RAILROAD CORPORATION, Appellant, and LEON W. PAXON, as Surviving Partner, etc., Respondent.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding of the jury that the defendant railroad corporation was guilty of negligence was against the weight of the evidence. All concur, Crouch and Edgcomb, JJ., also voting for reversal on the law on the ground that even though there was a failure by defendant railroad corporation to give warning, it was not, under the circumstances shown by the evidence, a substantial producing cause of the accident, without which the accident would not have happened. In view of the gross negligence of the other defendant, the negligence of the railroad corporation, if any, was so attenuated as to have had no effect. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

CORA GIBERSON, Respondent, v. BUFFALO, ROCHESTER AND PITTSBURGH RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concur, except Edgcomb, J., who dissents and votes for reversal on the law. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

JOHN W. GIBERSON, Respondent, v. BUFFALO, ROCHESTER AND PITTSBURGH RAILWAY COMPANY, Appellant. (Action No. 1.)— Judgment affirmed, with costs. All concur, except Edgcomb, J., who dissents and votes for reversal on the law. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

JOHN W. GIBERSON, Respondent, v. BUFFALO, ROCHESTER AND PITTSBURGH RAILWAY COMPANY, Appellant. (Action No. 2.)— Judgment affirmed, with costs. All concur, except Edgcomb, J., who dissents and votes for reversal on the law. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

VERA GIBERSON, an Infant, by JOHN W. GIBERSON, Her Guardian ad Litem, Respondent, v. BUFFALO, ROCHESTER AND PITTSBURGH RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.